In the United States District Court

for the _____ District of MASSACHUSETTS

United States of America

v.

GONZALO SALAZAR-OLIVEROS

Criminal No. 05-10304 (GAO)

# 07 CRIM. 896

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, GONZALO SALAZAR-OLIVEROS, defendant, have been informed that a INDICTMENT (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the SOUTHERN District of NEW YORK in which I AM HELD (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: July 2, 2007 at _____

(Defendant) GONZALO SALAZAR-OLIVEROS

(Witness)

(Counsel for Defendant)

Approved

_Diane C. Freniere_                    _Michael J. Garcia / by ChMc___
United States Attorney for the         United States Attorney for the
District of MA                         SOUTHERN District of NY