UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Redacted

UNITED STATES OF AMERICA )
) Criminal No. 05-10304-GAO
v. )
) VIOLATIONS:

**07 CRIM. 896**

1. LUIS A. LOPEZ,
   a.k.a. "Gordo"
   a.k.a. "Gordito"              ) 21 U.S.C. §§ 963, 952, 959(a)
2. GONZALO SALAZAR-OLIVEROS,     ) and 960(b)(1)(A) - Conspiracy
   a.k.a. "Horacio,"             ) To Import and Distribute and
   a.k.a. "Gafitas,"             ) Manufacture for Unlawful
   a.k.a. "El Señor,"            ) Importation One Kilogram or
   a.k.a. "El Viejo"             ) More of Heroin
3. DIEGO FERNANDO
   OROZCO-MENDEZ,                ) 21 U.S.C. §§ 959(a) and
   a.k.a. "El Doctor"            ) 960(b)(1)(A) - Distribution
4. LEONEL LONDOÑO-CARDONA,       ) for Unlawful Importation of
5. JOSE ESCIPION                 ) One Kilogram or More of Heroin
   FERNANDEZ-PINO,
   a.k.a. "Tocayo"               ) 21 U.S.C. §§ 846, 841(a)(1),
6. JULIO CARTAGENA,              ) 841(b)(1)(A)(i) and
   a.k.a. "Charlie,"             ) 841(b)(1)(A)(ii) - Conspiracy
   a.k.a. "Triste,"              ) to Distribute One Kilogram or
   a.k.a. "Felix,"               ) More of Heroin and Five
   a.k.a. "Joselín"              ) Kilograms or More of Cocaine
7. ALEXANDER SERNA
8. PABLO R. BAEZ;                ) 18 U.S.C. § 2 - Aiding
9. ALBERTO M. BENVAL,            ) and Abetting
   a.k.a. "Yonni";
10. LESLIHE ABAD,                ) 21 U.S.C. § 853 - Criminal
    a.k.a. Marilia               ) Forfeiture Allegation
    Melendez
11. TIRSO CIRIACO
    a.k.a. Ernesto Perez
    a.k.a. "El Cuñao"
12. SIXTO RIVERA,
    a.k.a. "Memelo,"
    a.k.a. "El Compadre"
13. VICTOR VEGA, a.k.a.
    a.k.a. Victor
    Quintero,
    a.k.a. Alberto
    Carrasquillo;
14. DAURIN ARIAS,

                                              2

|           a.k.a. "Dauri"           )
| 15.  FELIX RAMIREZ,                )
|           a.k.a. "Orlando"         )
| 16.  RICHARD DURAN                 )
| 17.  ███████████                   )
|                                    )
|      Defendants.                   )
|                                    )
|                                    )

                        SUPERSEDING INDICTMENT

COUNT ONE:   (Title 21, United States Code, Section 963
             - Conspiracy to Import Heroin and to Distribute
             and Manufacture Heroin for Unlawful Importation)

The Grand Jury charges that:

From an unknown date but at least by in or about June 2005 and continuing up to and including the date of the filing of this Indictment, in Colombia, South America, the State of Florida, the State of New York, the District of Massachusetts and elsewhere,

      1.   LUIS A. LOPEZ
              a.k.a. "Gordo"
              a.k.a. "Gordito"
      2.   GONZALO SALAZAR-OLIVEROS,
              a.k.a. "Horacio,"
              a.k.a. "Gafitas,"
              a.k.a. "El Señor,"
              a.k.a. "El Viejo"
      3.   DIEGO FERNANDO OROZCO-MENDEZ,
              a.k.a. "El Doctor"
      4.   LEONEL LONDOÑO-CARDONA, and
      5.   JOSE ESCIPION FERNANDEZ-PINO,
              a.k.a. "Tocayo"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit the

following offenses against the United States: (1) to unlawfully, knowingly and intentionally import heroin, a Scheduled I controlled substance, into the United States from a place outside thereof, namely, Colombia, South America in violation of Title 21, United States Code, Section 952(a) and (2) to manufacture and distribute heroin, a Schedule I controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a).

It is further alleged that the conspiracy described herein involved at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.  Accordingly, Title 21, United States Code, Section 960(b)(1)(A) applies to this count.

All in violation of Title 21, United States Code, Section 963.

4

COUNT TWO:   (Title 21, United States Code, Section 959(a) - Distribution of One Kilogram or More of Heroin for Unlawful Importation; Title 18, United States Code, Section 2 - Aiding and Abetting)

On or about October 8, 2005, in Colombia, South America, the State of Florida, the District of Massachusetts and elsewhere,

   2.   GONZALO SALAZAR-OLIVEROS,
           a.k.a. "Horacio,"
           a.k.a. "Gafitas,"
           a.k.a. "El Señor,"
           a.k.a. "El Viejo," and
   4.   LEONEL LONDOÑO-CARDONA,

did unlawfully, knowingly, and intentionally distribute and cause the distribution of heroin, a Schedule I controlled substance, intending and knowing that such substance would be unlawfully imported into the United States.

It is further alleged that the conspiracy described herein involved at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(1)(A) applies to this count.

All in violation of Title 21, United States Code, Section 959(a).

5

COUNT THREE:     (21 U.S.C. § 846 -- Conspiracy To Distribute
                 Heroin and Cocaine)

From a time unknown to the Grand Jury, but at least by in or about March of 2005, and continuing to on or about November 30, 2005, in Everett, Medford, Charlestown, Malden, Lynn, Revere, Boston, and elsewhere in the District of Massachusetts, in the State of New York, the State of Florida and elsewhere,

    1.    LUIS A. LOPEZ,
          a.k.a. "Gordo,"
          a.k.a. "Gordito,"
    6.    JULIO CARTAGENA,
          a.k.a. "Charlie,"
          a.k.a. "Triste,"
          a.k.a. "Felix,"
          a.k.a. "Joselín"
    7.    ALEXANDER SERNA
    8.    PABLO R. BAEZ;
    9.    ALBERTO M. BENVAL,
          a.k.a. "Yonni";
    10.   LESLIHE ABAD,
          a.k.a. Marilia Melendez
    11.   TIRSO CIRIACO
          a.k.a. Ernesto Perez
          a.k.a. "El Cuñao"
    12.   SIXTO RIVERA,
          a.k.a. "Memelo,"
          a.k.a. "El Compadre"
    13.   VICTOR VEGA, a.k.a.
          a.k.a. Victor Quintero,
          a.k.a. Alberto Carrasquillo;
    14.   DAURIN ARIAS,
          a.k.a. "Dauri"
    15.   FELIX RAMIREZ,
          a.k.a. "Orlando,"
    16.   RICHARD DURAN, and
    17.   ███████████

6

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to distribute a controlled substance; to wit: heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Sections 841(b)(1)(A)(i) and 841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

7

## CRIMINAL FORFEITURE ALLEGATION

(21 U.S.C. § 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One, Two, and Three of this Indictment,

    1.    LUIS A. LOPEZ
            a.k.a. "Gordo,"
            a.k.a. "Gordito,"
    2.    GONZALO SALAZAR-OLIVEROS,
            a.k.a. "Horacio,"
            a.k.a. "Gafitas,"
            a.k.a. "El Señor,"
            a.k.a. "El Viejo"
    3.    DIEGO FERNANDO OROZCO-MENDEZ,
            a.k.a. "El Doctor,"
    4.    LEONEL LONDOÑO-CARDONA, and
    5.    JOSE ESCIPION FERNANDEZ-PINO,
            a.k.a. "Tocayo"
    6.    JULIO CARTAGENA
            a.k.a. "Charlie,"
            a.k.a. "Triste,"
            a.k.a. "Felix,"
            a.k.a. "Joselín,"
    7.    ALEXANDER SERNA
    8.    PABLO R. BAEZ;
    9.    ALBERTO M. BENVAL,
            a.k.a. "Yonni,"
    10.    LESLIHE ABAD,
            a.k.a. Marilia
            Melendez
    11.    TIRSO CIRIACO
            a.k.a. Ernesto Perez,
            a.k.a. "El Cuñao"
    12.    SIXTO RIVERA,
            a.k.a. "Memelo,"
            a.k.a. "El Compadre,"
    13.    VICTOR VEGA, a.k.a.
            a.k.a. Victor

8

    Quintero,
    a.k.a. Alberto
    Carrasquillo,
  14. DAURIN ARIAS,
    a.k.a. "Dauri,"
  15. FELIX RAMIREZ,
    a.k.a. "Orlando,"
  16. RICHARD DURAN, and
  17. ███████████

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses, and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including without limitation the following:

  (a) the real property located at 2606 E. Robinson Street, Orlando, Florida, including all buildings, appurtenances, and improvements thereon, also known as Lot 10, Block A, Washington Place, as recorded in Plat Book G, Page 47, of the Public Records of Orange County, Florida and in Book 7447, Page 4631, of the Orange County Comptroller;

  (b) $18,040.00 in United States currency seized from 16 Avon Street #1, Everett, Massachusetts, on November 30, 2005;

  (c) $6,000.00 in United States currency seized from 90 Cummings Avenue, Revere, Massachusetts, on November 30, 2005;

  (d) one 1995 Toyota Landcruiser, bearing Massachusetts registration number 97XA60 and Vehicle Identification Number JT3DJ81WXS0106687;

  (e) one 1999 Acura 35RL, bearing Massachusetts registration number 67YA47 and Vehicle Identification Number JH4KA9656XC010567;

9

(f) one 1997 Mitsubishi Montero, bearing Massachusetts registration number 12MM79 and Vehicle Identification Number JA4MT31P3VP004106;

(g) one 1997 Mazda Millenia, bearing Massachusetts registration number 23NZ38 and Vehicle Identification Number JM1TA2212V1310051; and

(h) one 1997 Mitsubishi Diamante, bearing Massachusetts registration number 33VA31 and Vehicle Identification Number 6MMAP57P1VT003338.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants --

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Neil J. Gallagher, Jr.
David Tobin
Assistant United States Attorneys


  DISTRICT OF MASSACHUSETTS; December 15, 2005

   Returned into the District Court by the Grand Jurors and filed.


                              _____
                              DEPUTY CLERK

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10304-GAO-2

Case title: USA v. Lopez et al

Date Filed: 11/03/2005
Date Terminated: 07/27/2007

Assigned to: Judge George A. O'Toole, Jr
Referred to: Magistrate Judge Robert B. Collings

**Defendant**

**Gonzalo Salazar-Oliveros** (2)
TERMINATED: 07/27/2007
*also known as*
Horacio (2)
TERMINATED: 07/27/2007
*also known as*
Gafitas (2)
TERMINATED: 07/27/2007
*also known as*
El Viejo (2)
TERMINATED: 07/27/2007
*also known as*
El Senor (2)
TERMINATED: 07/27/2007



| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:963-CONSPIRACY TO IMPORT HEROIN AND TO DISTRIBUTE AND MANUFACTURE HEROIN FOR UNLAWFUL IMPORTATION (1) | Dismissed on Governments' Motion |
| 21:963 Conspiracy to import heroin and to distribute and manufacture heroin for unlawful importation (1s) | Rule 20 Transfer to Southern District of New York |
| 21:963 Conspiracy to Imnport Heroin and To Distribute and Manufacture Heroin for | |

| | |
|---|---|
| Unlawful Importation (1ss) | Dismissed on government motion |
| 21:959 (a)-DISTRIBUTION OF ONE KILOGRAM OR MORE OF HEROIN FOR UNLAWFUL IMPORTATION- USC CODE, SECTION2-AIDING AND ABETTING (2) | Dismissed on Governments' Motion |
| 21:959(a),18:2 Distribution of one kilogram or more of heroin for unlawful importation, and aiding and abetting (2s) | Rule 20 Transfer to Southern District of New York |
| 21:959(a) Distribution of One Kilogram or More of Heroin for Unlawful Imprtation; 18:2 Aiding and Abetting (2ss) | Dismissed on government motion |

## Highest Offense Level (Terminated)
Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil J. Gallagher, Jr.**
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3397
Email: neil.gallagher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2005 | 1 | SEALED INDICTMENT as to Luis A Lopez (1) count(s) 1, Gonzalo Salazar- |

| | | |
|---|---|---|
| | | Oliveros (2) count(s) 1, 2, Diego Fernando Orozco-Mendez (3) count(s) 1, Leonel Londono-Cardona (4) count(s) 1, 2, Jose Escipion Fernandez-Pino (5) count(s) 1. (Diskes, Sheila) (Entered: 11/03/2005) |
| 11/03/2005 | 2 | MOTION to Seal Case as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pinoby USA. (Diskes, Sheila) (Entered: 11/03/2005) |
| 11/03/2005 | | Judge Joyce London Alexander : ElectronicORDER entered granting 2 Motion to Seal Case as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5) (Diskes, Sheila) (Entered: 11/03/2005) |
| 11/03/2005 | 3 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: PRETRIAL as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino (Diskes, Sheila) (Entered: 11/03/2005) |
| 11/03/2005 | | ARREST Warrant Issued by Joyce London Alexander as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino. (Diskes, Sheila) (Entered: 11/03/2005) |
| 11/30/2005 | 4 | MOTION to Unseal Case as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pinoby USA. (Russo, Noreen) (Entered: 12/01/2005) |
| 12/01/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 4 Motion to Unseal Case as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5) (Russo, Noreen) (Entered: 12/01/2005) |
| 12/15/2005 | 33 | SUPERSEDING INDICTMENT (Partially Sealed) see Docket [34] as to Luis A Lopez (1) count(s) 1s, 3s, Gonzalo Salazar-Oliveros (2) count(s) 1s, 2s, Diego Fernando Orozco-Mendez (3) count(s) 1s, Leonel Londono-Cardona (4) count(s) 1s, 2s, Jose Escipion Fernandez-Pino (5) count(s) 1s, Julio Cartagena (6) count(s) 3, Alexander Serna (7) count(s) 3, Pablo R. Baez (8) count(s) 3, Alberto M. Benval (9) count(s) 3, Leslihe Abad (10) count(s) 3, Ernesto Perez (11) count(s) 3, Sixto Rivera (12) count(s) 3, Victor Vega (13) count(s) 3, Daurin Arias (14) count(s) 3, Felix Ramirez (15) count(s) 3, Richard Duran (16) count(s) 3. (Hurley, Virginia) Modified on 2/8/2006 (Russo, Noreen). (Entered: 12/19/2005) |
| 12/15/2005 | 44 | Arrest Warrant Issued by Magistrate Judge Leo T. Sorokin as to Gonzalo Salazar-Oliveros. (Hurley, Virginia) (Entered: 12/20/2005) |
| 12/16/2005 | 8 | NOTICE *of Lis Pendens* by USA as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino (Barclay, Kristina) (Entered: 12/16/2005) |
| 12/22/2005 | 45 | SEALED MOTION to Unseal as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camachoby USA. (Edge, Eugenia) (Entered: 12/22/2005) |
| | | |

| | | |
|---|---|---|
| 12/22/2005 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting [34] Motion to Seal Document as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16). "ALLOWED; so ORDERED." (Russo, Noreen) (Entered: 12/28/2005) |
| 12/23/2005 | | Judge Robert B. Collings: Electronic ORDER entered denying 45 Sealed Motion as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16). The motion as drafted is internally inconsistent and makes no sense. The denial is without prejudice to the Government filing a motion which is both internally consistent and requests the relief which the Government actually seeks. (Entered: 12/23/2005) |
| 12/23/2005 | 56 | SEALED MOTION as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran. (Russo, Noreen) (Entered: 12/28/2005) |
| 12/23/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 56 Motion to Unseal Document as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16). (Russo, Noreen). "ALLOWED. The Clerk shall provide AUSA Gallagher four certified copies of the unreadacted Superseding indictment." (Entered: 12/28/2005) |
| 01/11/2006 | 76 | MOTION for Extension of Time to 01/20/06 to File Produce Discovery as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Gallagher, Neil) (Entered: 01/11/2006) |
| 01/12/2006 | | Judge Robert B. Collings : Electronic ORDER entered denying 76 Motion for Extension of Time as to Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16) for failure to comply with L.R. 7.1(A)(2) made applicable to criminal cases by L.R. 112.1. The denial is without prejudice. (Entered: 01/12/2006) |
| 01/19/2006 | 81 | Assented to MOTION for Extension of Time to 01/20/06 to File Provide Discovery as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, |

| | | |
|---|---|---|
| | | Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Gallagher, Neil) Modified on 1/20/2006 (Edge, Eugenia). (Entered: 01/19/2006) |
| 01/19/2006 | | Reset Deadlines re Motion in case as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho 81 MOTION for Extension of Time to 01/20/06 to File Provide Discovery. Responses due by 1/19/2006 (Edge, Eugenia) (Entered: 01/20/2006) |
| 01/20/2006 | 84 | NOTICE re automatic disclosure pursuant to Local Rule 116.1 as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran (Gallagher, Neil) (Entered: 01/20/2006) |
| 01/23/2006 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 81 Motion for Extension of Time as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Daurin Arias (14), Felix Ramirez (15); finding as moot 81 Motion for Extension of Time as to Richard Duran (16). "ALLOWED." (Russo, Noreen) (Entered: 01/25/2006) |
| 04/12/2006 | | Motions terminated [103]. MOTION for Discovery filed by Victor Vega. Document was not a Motion it was a Letter. (Russo, Noreen) (Entered: 04/12/2006) |
| 04/27/2006 | 111 | NOTICE re automatic disclosure pursuant to Local Rule 116.1 as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran (Gallagher, Neil) (Entered: 04/27/2006) |
| 04/27/2006 | 112 | NOTICE re automatic disclosure pursuant to Local Rule 116.1 as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran *LETTER TO COURT* (Gallagher, Neil) (Entered: 04/27/2006) |
| 06/06/2006 | 133 | MOTION for Extension of Time to 06/09/06 to File Response/Reply as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Gallagher, Neil) (Entered: 06/06/2006) |
| 06/08/2006 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 133 Motion for Extension of Time to File Response/Reply as to Luis A Lopez (1), |

| | | |
|---|---|---|
| | | Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16) "ALLOWED." (Russo, Noreen) (Entered: 06/09/2006) |
| 09/01/2006 | 170 | MOTION for Protective Order as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Gallagher, Neil) (Entered: 09/01/2006) |
| 09/01/2006 | 171 | MOTION to Amend 170 MOTION for Protective Order filed by USA, *to add attachment no. 1* as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Attachments: # 1)(Gallagher, Neil) (Entered: 09/01/2006) |
| 09/06/2006 | 175 | Second MOTION for Protective Order *(With Corrections)* as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Attachments: # 1)(Gallagher, Neil) (Entered: 09/06/2006) |
| 09/18/2006 | 177 | Assented to MOTION for Extension of Time to 10/3/06 to File Response/Reply as to [167] MOTION to Suppress as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duranby USA. (Gallagher, Neil) Modified on 9/19/2006 (Edge, Eugenia). (Entered: 09/18/2006) |
| 09/21/2006 | 181 | STATUS REPORT *(Amended)* by USA as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran (Gallagher, Neil) (Entered: 09/21/2006) |
| 10/02/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 177 Motion for Extension of Time to File Response/Reply as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15) (Lyness, Paul) (Entered: 10/02/2006) |
| 10/04/2006 | 188 | Opposition by USA as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran re [153] MOTION to Suppress *Evidence Derived from* |

| | | |
|---|---|---|
| | | *State and Federal Wiretaps and for a Franks Hearing,* [167] MOTION to Suppress (Attachments: # 1)(Gallagher, Neil) (Entered: 10/04/2006) |
| 10/10/2006 | 192 | MOTION to Seal attachments (excluding attachment B) as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camachoby USA. (Edge, Eugenia) Modified on 10/11/2006 (Edge, Eugenia). (Entered: 10/11/2006) |
| 10/10/2006 | 193 | Opposition to Defendant's Motion to Suppress Wiretap Evidence by USA as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho re [165] MOTION to Suppress *by Joining Pablo Baez's Motion to Supress, Affidavit and Memorandum in Support,* [162] MOTION for Joinder *Re Motion to Suppress Filed by Pablo Baez,* [159] MOTION to Suppress *, Affidavit in Support, and Memorandum in Support Filed on Behalf of Defendant Pablo Baez,* [160] MOTION *to Join,* [161] MOTION for Joinder *motion suppress,* [166] MOTION for Joinder *to Suppression Motion Filed filed for Pablo Baez,* [153] MOTION to Suppress *Evidence Derived from State and Federal Wiretaps and for a Franks Hearing,* [167] MOTION to Suppress, [158] MOTION for Joinder, [164] MOTION for Joinder *to Co-Defendant Pablo Baez's Motion to Suppress Evidence Derived from Federal and State Wiretaps and For Franks Hearing as Well as All Other Supporting Documents and Pleadings* (Attachments: # 1 Opposition pt ii)(Edge, Eugenia) (Entered: 10/11/2006) |
| 10/16/2006 | | Judge Robert B. Collings: Electronic ORDER entered. as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Jùlio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran re [178] Opposition to Motion filed by Pablo R. Baez. The Government shall file and serve a reply to [178] on or before the close of business on 10/23/2006. (Entered: 10/16/2006) |
| 10/26/2006 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran 175 Second MOTION for Protective Order *(With Corrections)*: Motion Hearing set for 11/6/2006 @ 12:15 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 10/26/2006) |
| 11/13/2006 | 208 | REDACTED INDICTMENT as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran. (Attachments: # 1 # 2) (Gawlik, Cathy) (Entered: 11/15/2006) |
| 11/16/2006 | | Notice of correction to docket made by Court staff. The following electronic order was sealed in error and accordingly, was not sent to counsel via e-mail. |

| | | |
|---|---|---|
| | | The original Order has been unsealed. "Judge Robert B. Collings: Electronic ORDER entered granting 197 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document as to Julio Cartagena (6); granting 195 Motion for Extension of Time as to Pablo R. Baez (8)nunc pro tunc. The Government shall file its response/opposition to defendant Cartagena's motion to compel on or before cob 11/27/2006." (Russo, Noreen) (Entered: 11/16/2006) |
| 12/01/2006 | 216 | NOTICE re automatic disclosure pursuant to Local Rule 116.1 as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho *(for 2d Superseding Indictment)* (Gallagher, Neil) (Entered: 12/01/2006) |
| 12/05/2006 | | Judge Robert B. Collings : Electronic ORDER entered granting in part and denying in part 175 Motion for Protective Order as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16). A Protective Order which shall govern all parties to this litigation shall issue on December 6, 2006. Modified on 12/13/2006 (Russo, Noreen). (Entered: 12/05/2006) |
| 12/05/2006 | | Judge Robert B. Collings : Electronic ORDER entered finding as moot 171 Motion to Amend as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16). Modified on 12/13/2006 (Russo, Noreen). (Entered: 12/05/2006) |
| 12/19/2006 | 229 | NOTICE *of Pending Drug Evidence Destruction* by Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho (Gallagher, Neil) (Entered: 12/19/2006) |
| 02/21/2007 | 252 | MOTION to Preserve Evidence *(Drug Exhibit No. 7)* as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho, Alicia Milagrosby USA. (Attachments: # 1 # 2)(Gallagher, Neil) (Entered: 02/21/2007) |
| 03/07/2007 | 256 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER PRESERVING DRUG EVIDENCE as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, |

| | | |
|---|---|---|
| | | Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho, Alicia Milagros. (Russo, Noreen) (Entered: 03/12/2007) |
| 03/09/2007 | | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 252 Motion to Preserve Evidence as to Luis A Lopez (1), Gonzalo Salazar-Oliveros (2), Diego Fernando Orozco-Mendez (3), Leonel Londono-Cardona (4), Jose Escipion Fernandez-Pino (5), Julio Cartagena (6), Alexander Serna (7), Pablo R. Baez (8), Alberto M. Benval (9), Leslihe Abad (10), Ernesto Perez (11), Sixto Rivera (12), Victor Vega (13), Daurin Arias (14), Felix Ramirez (15), Richard Duran (16), Javier A. Camacho (17), Alicia Milagros (18). "ALLOWED, no opposition having been filed." (Russo, Noreen) (Entered: 03/09/2007) |
| 05/01/2007 | 277 | STATUS REPORT *for 5/1/07 Final Staus Conference* by USA as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho, Alicia Milagros (Attachments: # 1 Exhibit November 16, 2006 Letter to Krupp)(Gallagher, Neil) (Entered: 05/01/2007) |
| 06/07/2007 | | ELECTRONIC NOTICE OF HEARING as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Leslihe Abad, Ernesto Perez, Sixto Rivera, Victor Vega, Daurin Arias, Felix Ramirez, Richard Duran, Javier A. Camacho, Alicia Milagros Pretrial Conference set for 6/22/2007 10:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. Counsel shall notify Paul Lyness at (617) 748-9181 by end of business day 6/8/07 whether they want their client present during the pre trial conference.(Lyness, Paul) (Entered: 06/07/2007) |
| 06/22/2007 | | ELECTRONIC NOTICE OF JURY TRIAL as to Luis A Lopez, Gonzalo Salazar-Oliveros, Diego Fernando Orozco-Mendez, Leonel Londono-Cardona, Jose Escipion Fernandez-Pino, Julio Cartagena, Alexander Serna, Pablo R. Baez, Alberto M. Benval, Ernesto Perez, Sixto Rivera, Victor Vega, Felix Ramirez, Richard Duran, Javier A. Camacho, Alicia Milagros Jury Trial set for 1/14/2008 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 1/3/2008 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Edge, Eugenia) (Entered: 06/26/2007) |
| 07/27/2007 | 298 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Gonzalo Salazar-Oliveros (2) Count 1s,2s. (Attachments: # 1 Consent to Transfer# 2 Cover Letter)(Edge, Eugenia) Modified count numbers on 9/12/2007 (Hurley, Virginia). (Entered: 08/01/2007) |
| 08/10/2007 | 309 | MOTION to Dismiss *(Indictment and Second Superseding Indictment)* as to Gonzalo Salazar-Oliverosby USA. (Gallagher, Neil) (Entered: 08/10/2007) |
| 08/21/2007 | 319 | Judge George A. O'Toole Jr.: ORDER entered granting 309 Motion to Dismiss as to Gonzalo Salazar-Oliveros (2) (Edge, Eugenia) (Entered: 08/22/2007) |